■ In the Matter of EDWARD L. TOUHY et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, and MORRIS LEIBSON, Intervenor-Respondent.— In a proceeding to review a determination of the Board of Standards and Appeals of the City of New York which granted an application pursuant to subdivisions " f ", " h ", and " i " of section 7 of the Zoning Resolution of the City of New York for a variance to permit the erection and operation of a gasoline service station and accessory uses, in a retail use district, for a period of 15 years, subject to conditions and safeguards imposed by the board, the appeal is from an order granting the motions of the respondents and of the intervenor-respondent to vacate the order of certiorari, to dismiss the petition, and to affirm the board's determination. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ JASCO ALUMINUM PRODUCTS CORPORATION, Respondent, v. ANTHONY GOBEIL, Appellant, et al., Defendants.— In an action to recover damages for injuries to merchandise occasioned by fire while in the custody of a trucker, and for other relief, the appeal is from an order denying appellant's motion for summary judgment dismissing the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEOPHILUS BATSON, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of violating the Public Health Law with respect to narcotic drugs as a felony, on two counts (Penal Law, § 1751, subd. 1). Judgment unanimously affirmed. (Code Crim. Pro., § 542.) Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL JULICK, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of violating section 986 of the Penal Law (book-making) and sentencing him to pay a fine of $50 or to serve 10 days, and from said sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.